No. 17–0366/AR. U.S. v. Ronald E.V. Layton. CCA 20160756. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief in the form of a writ of habeas corpus was filed under Rule 27(b) on this date.

No. 17–0315/NA. Jeremy E. Hassett, Appellant v. United States, Appellee. CCA 201600118. On consideration of the writ-appeal petition, it is ordered that said writ-appeal petition is hereby denied.

No. 17–0187/AR. U.S. v. Brian G. Short. CCA 20150320. Appellant's motion to extend time to file a brief granted to April 27, 2017.

No. 17–0231/AR. U.S. v. Torrence A. Robinson. CCA 20140785. Appellant's motion to extend time to file a brief granted to May 12, 2017.

Monday, April 24, 2017

No. 17–0282/AF. U.S. v. Michael R. Lightsey. CCA 38851. Appellant's motion to substitute a corrected supplement to the petition for grant of review granted.

No. 17–0363/AR. U.S. v. David Garman. CCA 20150164. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 9, 2017.

No. 17–0364/AF. U.S. v. Tyler G. Eppes. CCA 38881. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 11, 2017.

No. 17–0365/AF. U.S. v. Drew D. Parenteau–Hefner. CCA 38884. Appellant's motion to file the supplement to the petition for grant of review granted to May 11, 2017.